**91–909.** Baker v. Fairview General Hosp. *Cuyahoga County*, No. 61315. Reported at 61 Ohio St.3d 1427, 575 N.E.2d 216. On motion for rehearing. Rehearing denied.

**91–957.** Del Balso v. Fred W. Albrecht Grocery Co. *Cuyahoga County*, No. 60144. Reported at 61 Ohio St.3d 1431, 575 N.E.2d 219. On motion for rehearing. Rehearing denied.

**91–961.** State v. Watkins. *Trumbull County*, No. 90–T–4370. Reported at 61 Ohio St.3d 1427, 575 N.E.2d 216. On motion for rehearing. Rehearing denied.

**91–967.** Ray S. Livingston Auto Sales v. Cole. *Jefferson County*, No. 90–J–18. Reported at 61 Ohio St.3d 1433, 575 N.E.2d 465. On motion for rehearing. Rehearing denied.

**91–1003.** In re July 1986 Ohio Bar Exam Applicant No. 125, Lloyd Odom Brown, Jr. Reported at 61 Ohio St.3d 1408, 574 N.E.2d 1072. On motion for rehearing. Rehearing denied.

DOUGLAS, J., dissents.

**91–1019.** Harris v. Ohio Dept. of Public Health. *Summit County*, No. 14792. Reported at 61 Ohio St.3d 1425, 575 N.E.2d 214. On motion for rehearing and on motion to vacate. Motions denied.

SWEENEY, DOUGLAS and H. BROWN, JJ., dissent.

**91–1076.** State, ex rel. Martinelli, v. Cleveland Police Dept. *Cuyahoga County*, No. 56461. Reported at 61 Ohio St.3d 1425, 575 N.E.2d 214. On motion for rehearing or, alternately, on motion to reinstate appeal by appellant. Motions denied.

**91–1113.** State, ex rel. Rhodes, v. Seventh Dist. Court of Appeals. In Procedendo. Reported at 61 Ohio St.3d 1418, 574 N.E.2d 1089. On motion for rehearing. Rehearing denied.

**91–1134.** State v. Henderson. *Hamilton County*, No. C–910146. Reported at 61 Ohio St.3d 1418, 574 N.E.2d 1089. On motion for rehearing. Rehearing denied.

MOYER, C.J., DOUGLAS and H. BROWN, JJ., dissent.

**91–1197.** State v. Himes. *Clermont County*, No. CA88–01–007. Reported at 61 Ohio St.3d 1420, 574 N.E.2d 1091. On motion for rehearing. Rehearing denied.

## DISCIPLINARY DOCKET

**90–2082.** Toledo Bar Assn. v. Doyle. On application of Larry O. Doyle to pay board costs in installments. Motion granted.

MOYER, C.J., dissents.

**90–2540.** Stark Cty. Bar Assn. v. Marchbank. On answer to the show cause order. Ray L. Marchbank, Jr. is found in contempt and the order is placed in his file.

SWEENEY, DOUGLAS and RESNICK, JJ., would dismiss the contempt proceedings.

**91–510.** In re Resignation of Lautzenheiser. On response to the show cause order. Patricia Lautzenheiser is found in contempt and the order is placed in her file.

DOUGLAS, J., would continue the show cause order for sixty days.

H. BROWN, J., would take no action.

**91–1768.** In re Stanford. Pursuant to the provisions of Gov.Bar R. V(9)(a)(iii), Byron Timothy Stanford, Registration No. 0015770, is indefinitely suspended from the practice of law in the state of Ohio.

## MISCELLANEOUS DOCKET

**91–1355.** In re Application of Lammers. On motion for extension of time to file objections. Motion denied, effective September 13, 1991.

DOUGLAS, J., dissents.